# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN R. RUANO,<br><br>               Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN, Warden,<br><br>               Respondent. | Case No. CV 19-1532 DOC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 15, 2020

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE